Kari Rudd (SBN 268288)
Juliana Fredman (SBN 282924)
Bay Area Legal Aid
1800 Market Street, 3rd Fl.
San Francisco, CA 94102
Phone: (415) 982-1300
Fax: (415) 982-4243
KRudd@baylegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARY DELLA FRANK, | Case No.: 15-cv-05811-LB |
|---|---|
| Plaintiff, | **REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| Vs. | |
| J.P. MORGAN CHASE BANK, N.A., | |
| Defendant. | |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

Plaintiff requests that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with the Court retaining jurisdiction to enforce the settlement agreement.

Except as set forth in the settlement agreement between the parties, each party shall bear its own attorneys' fees and costs.

DATED: MARCH 7, 2017

                                                  */s/ Kari A. Rudd*_____
                                                  Kari A. Rudd
                                                  Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties the entire action is hereby dismissed with prejudice, each party shall bear its own costs and fees, and the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement

IT IS SO ORDERED.

Date:

_____
Hon. Laurel Beeler
Magistrate Judge of the U.S. District Court

**REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE**