1

Kari Rudd (SBN 268288)
Juliana Fredman (SBN 282924)
Bay Area Legal Aid
1800 Market Street, 3rd Fl.
San Francisco, CA 94102
Phone: (415) 982-1300
Fax: (415) 982-4243
KRudd@baylegal.org

2

3

4

5

Attorneys for Plaintiff

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

8

9

MARY DELLA FRANK,

Case No.: 15-cv-05811-LB

10

Plaintiff,

**REQUEST FOR VOLUNTARY DISMISSAL
WITH PREJUDICE AND [PROPOSED]
ORDER**

11

12

Vs.

13

J.P. MORGAN CHASE BANK, N.A.,

14

Defendant.

15

16

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

17

Plaintiff requests that the entire action be dismissed with prejudice pursuant to Federal Rule

18

of Civil Procedure 41(a)(2), with the Court retaining jurisdiction to enforce the settlement

19

agreement.

20

Except as set forth in the settlement agreement between the parties, each party shall bear its

21

own attorneys' fees and costs.

22

23

DATED: MARCH 7, 2017

24

*/s/ Kari A. Rudd*_____
Kari A. Rudd
Attorney for Plaintiff

25

26

27

28

**REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

1

2

**[~~PROPOSED~~] ORDER**

3

Pursuant to the stipulation of the parties the entire action is hereby dismissed with prejudice,

4

each party shall bear its own costs and fees, and the Court shall retain jurisdiction over this matter to

5

enforce the terms of the Settlement Agreement

6

IT IS SO ORDERED.

7

Date:   3/8/2017

8

_____

9

Hon. Laurel Beeler
Magistrate Judge of the U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE**